Court by Robert A. Kosseff his verified Statement of Resignation dated September 9, 2005, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Robert A. Kosseff be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania, and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

Richard Filling, for Bd. of Elections, participant.

BEFORE: CAPPY, C.J., CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

### *ORDER*

PER CURIAM:

AND NOW, this 26th day of October, 2005, the order of the Commonwealth Court is **AFFIRMED.**

Justice NIGRO dissents.

Deborah LACHINA

v.

**BERKS COUNTY BOARD OF ELECTIONS,**

**Appeal of Lyndoll V. Walker.**

Supreme Court of Pennsylvania.

Oct. 26, 2005.

Brian Anthony Gordon, Philadelphia, for Lyndoll V. Walker, appellant.

Edwin Lewis Stock, Reading, James Michael Smith, for Deborah Lachina, appellee.

**EAGLE ENVIRONMENTAL II, L.P., Appellant**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMENTAL PROTECTION and Chest Township, Appellees.**

**Tri–County Industries, Inc. and Tri–County Landfill, Inc., Appellants**

v.

**Commonwealth of Pennsylvania, Department of Environmental Protection, Appellee.**

Supreme Court of Pennsylvania.

Argued May 11, 2004.
Decided Oct. 27, 2005.